UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| DOUGLAS GREGORY BEZIO ) | Case No. 25-11025 |
| Debtor ) | |
| ) | |

### U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT'S OBJECTION TO APPLICATION TO EMPLOY REAL ESTATE BROKER

U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT ("U.S. Bank") submits this objection to application to employ real estate broker ("Application").

U.S. Bank responds as follows to Debtor's Application:

1. U.S. Bank admits this Court has jurisdiction.

2. U.S. Bank admits that Debtor filed a chapter 11 petition on May 20, 2025.

3. U.S. Bank admits that Debtor owns and resides at the property commonly known as 135 Marven Way, Wellfleet, Massachusetts 02667 ("the Property").

4. U.S. Bank objects to the appointment of a realtor because the Debtor does not have the authority to sell the Property. This Court denied the extension of the automatic stay of bankruptcy. As a result, the automatic stay was lifted on June 19, 2025. Therefore, the Superior Court Order that enjoins Debtor and Christine Bezio from selling the Property remains in place:

1

> Endorsement on Motion for appointment of Receiver and Injunctive Relief (#70.0): ALLOWED
> The plaintiffs' used this Court for years to perpetrate a fraud. Knowingly false affidavit and other sworn testimony were offered in this trial. This Court will not stand for such blatant misuse of the system. This Order is the only effective way to prevent further fraudulent attempts to use and misuse our system of justice. I have zero doubt that if this Order does not issue as requested, the plaintiffs will stop at nothing to avoid the rightful consequences of this six plus year default.

Dkt. No. 16 at 21. By listing the Property for sale, which Debtor is currently doing, Debtor is in direct violation of the Superior Court's Order:

> Plaintiffs and their agents, heirs, and assigns, are hereby enjoined from making any filing ~~with this or~~ (MLC) any other Court or taking any step or performing any activity that serves to interfere with and/or frustrate the Defendants' efforts to collect rents and/or to foreclose on the mortgage and subsequently sell the property located at 135 Marven Way, Wellfleet, Massachusetts. This court is available to oversee the Receiver's actions, and the plaintiffs compliance with this Order. (MLC)

Dkt. No. 55-1 at 5.

5. U.S. Bank objects that Debtor's goal is to liquidate the Property at the highest possible price. There is no confirmable plan that can be had in this Court because Debtor continues to dispute and fail to recognize the debt he owes to his creditors. Debtor's dramatic understatement of the debt owed to the creditors US Bank and Pale Horse Realty LLC is only further evidence of the Debtor's bad faith in filing this bankruptcy.

6. U.S. Bank objects to the proposed compensation agreement. A receiver, Jay Creed, ("Receiver") has already been appointed by the Superior Court to sell the Property. Debtor's proposed agreement is in direct violation of the Superior Court's Order that prohibits Debtor from interfering with the Receiver's work.

7. U.S. Bank objects that Debtor should be listing the Property for sale. This is in direct violation of the Superior Court's Order not to interfere with the Receiver.

8. U.S. Bank objects to statements that include "to the best of Debtor's knowledge," as Judge Callahan has stated, Debtor should not be believed:

```
    In terms of the facts, I do not believe a single word or
assertion made by Mr. Bezios (phonetic) during the course of his
testimony.  He is a fraud and a serial flimflam con man.  He made
multiple promises to the defendants that he did not keep.  He
made repeated false assertions in this case under oath and before
this case came to trial under oath.
```

Dkt. No. 16 at 14.

9. U.S. Bank objects for the same reasons as paragraph 8 above.

10. U.S. Bank objects to the Application. This Application, and this bankruptcy, is brought in bad faith, and in direct violation of the Superior Court's Order, Debtor is seeking to sell the Property under shield of this Court, when this Court has not provided authority for Debtor to sell the Property, and the Superior Court has directly ordered Debtor not to interfere with the Receiver selling the Property.

WHEREFORE, U.S. Bank prays that the Court deny the Application and for such other relief as the Court deems proper and just.

Respectfully submitted:

MOVANT,
U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT,
By its attorney

Dated: June 30, 2025 /s/ *Robert J. Morris, II*
Robert J. Morris, II (BBO # 714167)
HOUSER, LLP
400 Trade Center Dr., Suite 5900
Woburn, MA 01801
(339) 203-6498
rmorris@houser-law.com

4

## **CERTIFICATE OF SERVICE**

I, Robert J. Morris, II, hereby certify that on June 30, 2025 true and correct copies of the foregoing motion were served by CM/ECF upon individuals who filed notices of appearance in the Courts CM/ECF database and by United States mail, First Class postage prepaid, and mailed upon the Debtor at the address identified below.

/s/ Robert J. Morris, II
Robert J. Morris, II

Douglas Gregory Bezio - Debtor

135 Marven Way Lot 7B
Wellfleet, MA 02667

**Parties in Interest**

Pale Horse Realty LLC
c/o Reneau J. Longoria, Esq.
100 Cummings Center, Suite 303C
Beverly, MA 01915

Valeriano Diviacchi
24 Holton Street
Boston, MA 02134

J.M. O'Reilly & Associates, Inc.
c/o John F. Padgett, Esq.
5 S. Orleans Road
Orleans, MA 02653

U.S. Department of the Treasury
Internal Revenue Service
1111 Constitution Avenue NMW
Washington, DC 20224

Huttlcorp, Inc. d/b/a RE/MAX
391 Huttleston Avenue
Fairhaven, MA 02719

Cynthia Smith
1262 Euclade Court
Atlanta, GA 30329

Huttlcorp, Inc. d/b/a RE/MAX
391 Huttleston Avenue
Fairhaven, MA 02719